

SEALED

CLERK'S OFFICE U.S. DIST COURT
AT ABINGDON, VA
FILED

DEC 01 2016

JULIA C. DUDLEY, CLERK
BY: /s/ J. Clark
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
) Case No. 1:16mj213
Funds in Bank Accounts in the name )
of )
Misael TAJIMAROA a/k/a Misael TAJIMAROA-ANDRADE )

Bank of America Acct #'s
501007308411
and
138121591218

**APPLICATION FOR A WARRANT
TO SEIZE PROPERTY SUBJECT TO FORFEITURE**

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the ___Western___ District of ___Virginia___ is subject to forfeiture to the United States of America under ___21___ U.S.C. § ___853___ *(describe the property)*:

the funds located in bank accounts in the name of Misael TAJIMAROA a/k/a Misael TAJIMAROA-ANDRADE ; at Bank of America

The application is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Applicant's signature*

Chris Parks, DEA-TFO
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/1/16

_____
*Judge's signature*

City and state: Abingdon, Virginia

Pamela Meade Sargent, U.S. Magistrate Judge
_____
*Printed name and title*

# AFFIDAVIT

I, Christopher L. Parks, Task Force Officer, United States Department of Justice, Drug Enforcement Administration, being duly sworn, do depose and state as follows:

I believe that there is probable cause authorizing the Court to issue a Criminal Seizure Warrant for the funds located in bank accounts in the name of Misael TAJIMAROA a/k/a Misael TAJIMAROA-ANDRADE a/k/a Misael REYES-TAJIMAROA; at Bank of America, namely, accounts #501007308411 and 138121591218, specifically authorized under 21 U.S.C. § 853(f) because:

1. there is probable cause to believe that the property to be seized would, in the event of conviction, be subject to forfeiture, and
2. an order under 21 U.S.C. § 853(e) may not be sufficient to assure the availability of the property for forfeiture."

I am a Task Force Officer for the United States Drug Enforcement Administration (DEA) and have been assigned this position for approximately three (3) years. I have been employed by the Abingdon Police Department (APD) for approximately fifteen (15) years with the previous ten (10) years being assigned to investigate drug cases. Prior to working for the APD I worked for approximately one (1) year for the Glade Spring Virginia Police Department and Virginia Highlands Community College Campus Police.

I was trained as a Police Officer at the Southwest Virginia Criminal Justice Training Academy in Bristol, Virginia. During my training at the law enforcement academy I received specialized training in drug laws and drug recognition. Over the past fifteen (15) years I have attended several classes/courses specializing in techniques and procedures to investigate drug cases. This training includes courses that directly relate to possession, manufacturing and distribution of drugs and their subsidiaries and include the drugs, marijuana, cocaine, heroin, methamphetamine and prescription drugs. For the past seven (7) years I have taught at the law enforcement academy. The course I teach is drug identification and recognition.

The information contained in this affidavit is based on my personal observations, observations of other law enforcement officers, observations of Cooperating Sources (CS) as related to me, my review of official police and government reports, my review of records and documents gathered during this investigation, and consultation with other Agents involved in the investigation.

The following information is based upon my own personal observations, information provided by other law enforcement officers, information gained through search warrants and subpoenas, and information provided by cooperating individuals.

In 2014, an investigation was initiated into the Richard KAYIAN Drug Trafficking Organization which was believed to be responsible for the transportation and distribution of

crystal methamphetamine and oxycodone between Las Vegas, NV and Abingdon, VA. It was discovered that Richard KAYIAN and Stephen CINO, Jr. were sending crystal methamphetamine and oxycodone via Federal Express (FedEx) and United Parcel Service (UPS) from Las Vegas to many people in Abingdon including: Kaitlynn KAYIAN, Alex KAYIAN, Bradley CHAPMAN, Steven SALYER, John FARMER, Virginia "Jenny" FARMER, Brandon STONE, Brian "Bubba" WIDENER, Lamar SKIPPER and Tracy CALLIHAN. UPS driver John WILLIAMS arranged covert deliveries of methamphetamine and marijuana to CALLIHAN in Glade Spring, VA.

Misael REYES-TAJIMAROA and Kevin SIEGLER were identified as the sources of supply for crystal methamphetamine for KAYIAN and CINO in Las Vegas, NV.

According to financial records obtained as a result of this investigation, over $1,000,000.00 U.S. Currency was sent from Abingdon to Las Vegas utilizing Bank of America and Wells Fargo accounts in the names of Richard KAYIAN, Stephen CINO, Jr. and Misael REYES-TAJIMAROA. Funds were also transferred between Abingdon and Las Vegas using Western Union and Moneygram services.

Through the course of the investigation, many distributors and/or co-conspirators for the drug organization have been identified, including Gary GINN, Rebecca WILLIAMS, Ellett ALLEN, Daniel Cory CANTRELL, Shauna CHAFIN, Austin BOARDWINE, Brandon Gary CHILDRESS, Tanner CURD, Caleb DEAN, Ralph Stewart DINGUS, William Wesley FLEENOR, Jeffrey GOBBLE, Charlene HALE, Preston LAWSON, Justin LOWE, Amy MOSER, Heather SULLINS, and Brandon Cody TRIVETT.

On June 18, 2015, a search warrant was applied for and obtained in the Western District of Virginia for text message content stored in the accounts of telephone number (276) 698-1195 and (276) 623-3634 (Brandon STONE). In response to the execution of this search warrant on Verizon Wireless, agents received text messages stored in those accounts from May 28, 2015 to June 18, 2015. The following is an excerpt from the search warrant results:

**June 11, 2015**

(276) 623-3634 (Brandon STONE) to (702) 475-0507 (Richard KAYIAN), *"2032873191"*

**June 12, 2015**

(276) 623-3634 (Brandon STONE) to (702) 475-0507 (Richard KAYIAN), *"The #116-983-7181"*

Western Union to STONE, *"Wu srvc msgs. Misael Andrade picked up your money transfer. Thank you!"*

Based on my training and experience, and knowledge of this investigation, I believe that Western Union contacted Brandon STONE on telephone number (276) 623-3634. I believe that STONE opted to receive messages confirming the pickup of wire transfers. During a three (3)

2

day period Richard KAYIAN, Stephen CINO and Misael REYES-TAJIMAROA (ANDRADE) picked up money sent from STONE. It is believed by agents that KAYIAN is the Las Vegas source of supply for methamphetamine and oxycodone pills to STONE, and CINO and REYES-TAJIMAROA (ANDRADE) are co-conspirators with KAYIAN in Las Vegas, NV.

Western Union records identify 2032873191 as a $1,000 money transfer sent on June 11, 2015 from Brandon STONE in Abingdon, VA to Misael ANDRADE in Las Vegas, NV.

**June 16, 2015**

> (276) 623-3634 (Brandon STONE) to (702) 475-0507 (Richard KAYIAN), *"That number for ur brother is 113-337-6946"*
>
> KAYIAN to STONE, *"Misael Tajimaroa Andrade Bank of America routing #122400724 account #501016120101"*
>
> KAYIAN to STONE, *"Did you send that money to my brother"*
>
> STONE to KAYIAN, *"That number for ur brother is 113-337-6946"*

Based on my training and experience, and my knowledge of this investigation, I believe that Richard KAYIAN sent information to Brandon STONE for the transfer of drug proceeds to Misael REYES-TAJIMAROA (ANDRADE).

Western Union records identify 113-337-6946 as a $350 money transfer sent on June 16, 2015 from Brandon STONE in Abingdon, VA to Kenneth KAYIAN in Tampa, FL.

Bank of America records show that account 501016120101 subscribed to by Misael TAJIMAROA-ANDRADE and was opened on March 11, 2014. Misael TAJIMAROA-ANDRADE previously subscribed to Bank of America account # 501012851607 which was opened June 7, 2011. Bank records show that in 2013, there were 22 cash deposits totaling $52,300 made to TAJIMAROA-ANDRADE's account at the Bank of America branch in Abingdon, VA. In 2014, there were an additional ten cash deposits totaling $27,600 made to TAJIMAROA-ANDRADE's account at the Abingdon, VA branch.

On October 23, 2015, a search warrant was applied for and obtained in the Western District of Virginia for text message content stored in the accounts of telephone number (276) 623-3634 (Brandon STONE) and others. In response to the execution of this search warrant on Verizon Wireless, agents received text messages stored in those accounts from October 9 to October 23, 2015. The following is an excerpt from the search warrant results:

**October 16, 2015**

> (276) 623-3634 (Brandon STONE) to (702) 468-4437 (Stephen CINO), *"Olivia Oliver \n212 West Woodlawn Road #B, Charlotte, NC 28217"*
>
> CINO to STONE, *"Also need the E I N number"*

3

CINO to STONE, "*Is that where the package is going*"

CINO to STONE, "*Or is that who send the Western Union*"

STONE to CINO, "*Thats for the package. Richard sent the Western Union*"

STONE to CINO, "*327-364-8765 for the WU*"

CINO to STONE, "*Thx*"

Based on my training and experience, and my knowledge of this investigation, I believe that Brandon STONE sent Stephen CINO the name Olivia OLIVER and address of a hotel for CINO to send a Fed Ex package containing crystal methamphetamine and pills. I believe that STONE then sent a Western Union transaction number to CINO, so that he could track drug proceeds sent by Richard KAYIAN for the payment of crystal methamphetamine and pills.

Western Union records show that Money Transfer Control Number 3273648765 is a $1,000 money transfer from Richard KAYIAN to Nancy Perez LOPEZ, 235 Hemlock Ave, Redwood City, CA. Research shows this address to be associated with Misael TAJIMAROA-ANDRADE, a source of supply of methamphetamine for CINO and KAYIAN.

Records received from Western Union show that on October 10, 2015, Richard KAYIAN transferred $2,500.00 to Alejandro BERIBIESCA TAJIMAROA at 235 Hemlock Ave, Redwood City, CA (Transfer # 8638304268). On October 16, 2015, Brandon STONE transferred $2,000.00 to Alejandro BERIBIESCA TAJIMAROA at 235 Hemlock Ave, Redwood City, CA (Transfer # 7967506988).

MoneyGram records show that on January 27, 2016, Richard KAYIAN sent $2,500 to Misael ANDRADE from Bristol, VA. MoneyGram transfer # 30311642.

On February 10, 2016, the Las Vegas District Office of the DEA initiated a Title III investigation (court authorized wire intercept) on telephone number (702) 468-4437, the cellular telephone of Stephen CINO, Jr.

On February 13, 2016, a telephone call was monitored between Stephen CINO, Jr. and Misael REYES-TAJIMAROA. CINO told TAJIMAROA that one of the "Big Kid's" friends "took a pinch". CINO said the "Big Kid" that the "Old Man" hung out with all the time. CINO told TAJIMAROA that he was advised by "him" (Tracy CALLIHAN according to another call) that the "Staties" had turned the case over to the "Alphabet Boys", to the "Feds".

Based on my training and experience, and my knowledge of this investigation, I believe that Stephen CINO, Jr. told Misael REYES-TAJIMAROA that he was advised by Tracy CALLIHAN that Brandon TRIVETT (aka "Big Kid's friend"), a friend of Brandon STONE's (aka "Big Kid") who hung out with Richard KAYIAN (aka "Old Man"), was arrested by law enforcement and the case was turned over to the Federal authorities. I believe that CINO passed

4

this information along to TAJIMAROA to prepare him in case the investigation progressed as far up as him, the source of the methamphetamine.

On May 5, 2016, Stephen CINO, Jr. was interviewed in Las Vegas, NV. CINO stated that he had been involved with purchasing and shipping pills and crystal methamphetamine from Las Vegas, NV to Virginia with Richard KAYIAN for several years. CINO stated that in the beginning, he shipped just pills to Virginia for resale. CINO stated that eventually, KAYIAN noticed the demand for "good meth" in Virginia and introduced CINO to "Niko" for the purpose of obtaining methamphetamine. CINO stated that he began purchasing methamphetamine from "Niko" and shipping it to KAYIAN in Virginia for resale, along with the pills. CINO stated that he purchased at least eight (8) ounces of methamphetamine from "Niko" between six (6) and ten (10) times.

CINO stated that sometime in 2015, he stopped purchasing the methamphetamine from "Niko" and began getting it from Misael ANDRADE aka "Brian" for better prices. CINO stated that he was introduced to "Brian" by KAYIAN, as KAYIAN used to be married to "Brian's" sister. CINO stated that "Brian" charged $4,500.00 to $5,500.00 per pound of methamphetamine. CINO stated that he purchased one (1) pound of methamphetamine from "Brian" between 10 and 16 times. CINO stated that "Brian" obtained methamphetamine from a cousin or other family member in California. CINO stated that all of the methamphetamine purchased from "Brian" was shipped to KAYIAN.

On November 29, 2016, an indictment was returned charging Misael TAJIMAROA with conspiracy to distribute controlled substances, in violation of 21 U.S.C. § 846, and conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956.

During the investigation law enforcement agents discovered additional accounts at Bank of America in the name of Misael TAJIMAROA-ANDRADE. On November 30, 2016, an asset forfeiture investigator working with this agent received documentation from Bank of America that demonstrated that two bank accounts at Bank of America in the name of Misael TAJIMAROA-ANDARADE had combined funds balances in excess of $30,000. Specifically, these funds are located in accounts #501007308411 and 138121591218. Documentation from Bank of America demonstrates recent activity in the accounts.

Based upon the aforementioned information there is probable cause to believe that the property to be seized, namely, funds in the previously described bank accounts in the name of Misael TAJIMAROA a/k/a Misael TAJIMAROA-ANDRADE a/k/a Misael REYES-TAJIMAROA, would, in the event of conviction, be subject to forfeiture, and an order under 21 U.S.C. § 853(e) may not be sufficient to assure the availability of the property for forfeiture. A protective order under 21 U.S.C. §853(e) may also not be sufficient to assure the availability for forfeiture because there is reason to believe that the defendant may transfer the funds by electronic means before the funds can be completely secured by the financial institution holding them.

5

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on December 1st, 2016, at Abingdon, Virginia.

Christopher Parks, Task Force Officer
Drug Enforcement Administration

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 1st DAY OF DECEMBER, 2016

HONORABLE JUDGE PAMELA MEADE SARGENT
UNITED STATES DISTRICT COURT IN THE
WESTERN DISTRICT OF VIRGINIA

6