| Return | | |
|---|---|---|
| Case No.: 1:16mj213 | Date and time warrant executed: 12/14/2016 0:00 am | Copy of warrant and inventory left with: Bank of America |
| Inventory made in the presence of : | | |

Inventory of the property taken and name of any person(s) seized:

BofA bank account 138121591218 containing $16,441.10

BofA bank account 501007308411 containing $26,210.92

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JAN - 5 2017

JULIA C. DUDLEY, CLERK
BY: A. Blaylock
DEPUTY CLERK

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/5/17   _Executing officer's signature_

Christopher L Parks, DEA TFO
_Printed name and title_

Returned to me this 5th day of January 2017.

Pamela Meade Sargent
USMJ